## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| BROCK KING LEWIS, | ) | 3:15-CV-0553-MMD (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | March 11, 2016 |
| | ) | |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before this court is plaintiff's request to be represented in this action by his mother (#11). That request is **DENIED**. Plaintiff's mother is not licensed to practice law in Nevada (#11, page 1); therefore, she is not permitted to represent another individual before this court. Moreover, plaintiff filed a verified complaint stating that he is "a competent adult" representing "himself" (#5, page 2). Plaintiff may either continue to represent himself or he may substitute an attorney to represent him in this action.

   IT IS SO ORDERED.

                                                                LANCE S. WILSON, CLERK

                                             By:       /s/
                                                                Deputy Clerk